

IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TERESA A. BEASLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-11-559-W |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On July 6, 2012, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this case and recommended that the decision of defendant Michael J. Astrue, Commissioner of the Social Security Administration ("Commissioner"), denying the Application for Disability Insurance Benefits filed by plaintiff Teresa A. Beasley be affirmed. Beasley was advised of her right to file written objections to the Report and Recommendation, and the matter now comes before the Court on Beasley's Objections to the Magistrate Judge's Report and Recommendation [Doc. 24].

The Court has conducted a de novo review of the record and has carefully considered Beasley's arguments that Magistrate Judge Purcell in his review and summarization of the medical evidence, ignored evidence favorable to her, and not only failed to apply the correct legal standards when he considered the administrative law judge's analysis and treatment of the medical opinions of David E. Linden, M.D., and J. Arden Blough, M.D., but also failed to apply the correct legal standards when evaluating the administrative law judge's residual functional capacity assessment.

In so doing, the Court finds no error has occurred warranting the requested reversal and remand; the Court therefore concurs with Magistrate Judge Purcell's suggested disposition of this matter. The Commissioner's relevant factual findings are supported by substantial evidence in light of the entire record, and he applied the correct legal standards. E.g., O'Dell v. Shalala, 44 F.3d 855, 858 (10th Cir. 1994).

Accordingly, the Court

(1) ADOPTS the Report and Recommendation [Doc. 23] issued on July 6, 2012;

(2) AFFIRMS the Commissioner's decision to deny Beasley's Application for Disability Insurance Benefits; and

(3) ORDERS that judgment in favor of the Commissioner issue forthwith.

ENTERED this 10th day of August, 2012.

LEE R. WEST
UNITED STATES DISTRICT JUDGE